July 7, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

SANTOS SAN JUAN D/B/A SANTOS WRECKER REPAIR, Appellant

NO. 14-14-00407-CV                    V.

JOSE SEGOVIA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Jose Segovia, signed March 4, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Santos San Juan d/b/a Santos Wrecker Repair, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.